# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

v.     Case No. 5:24cr15/TKW

**CEDRIC ANTONIO DECREE**
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, CEDRIC ANTONIO DECREE**,** to Counts One, Two, Three, and Four of the indictment is hereby **ACCEPTED**.   All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 20th day of May 2024.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**